## RIVERS *vs.* HOOD.

At the monthly session of the county court, it has jurisdiction of issues on distress warrants, where the amount of the principal does not exceed one hundred dollars, and at its quarterly session it has jurisdiction of such issues on distress warrants, where the amount is in excess of that sum, but not more than three hundred dollars, (except where the warrant is issued by the county judge himself). Therefore, where a notary public and *ex-officio* justice of the peace issued a distress warrant for two hundred and thirty-five dollars, returnable to the next term of the county court, it was properly returned, together with the counter-affidavit thereto, to the next quarterly session of the county court. Code, §§283 (f), 295; 60 *Ga.*, 623

Judgment reversed.

February 2, 1884.

HALL, Justice.

¡ A distress warrant for $235.00 was issued by a notary public and *ex-officio* justice of the peace, and made returnable to the next term of the county court. It was levied by a constable, and on defendant's making a counter-affidavit and giving bond, the officer returned the papers

to the next quarterly term of the county court, although a monthly term had intervened. The case was carried to the superior court by appeal. A motion was made to dismiss the warrant, because it was returnable to the monthly term of the county court. This motion was sustained, and plaintiff excepted.]